**Jumah Thomas MOORE–ALI, Plaintiff–Appellant,**

v.

**Jeanne S. WOODFORD; et al., Defendants–Appellees.**

No. 08–15424.

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted June 29, 2010.*

Filed July 20, 2010.

Jumah Thomas Moore–Ali, Crescent City, CA, pro se.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Jumah Thomas Moore–Ali, a California state prisoner, appeals pro se from the district court's order denying him leave to proceed in forma pauperis in his 42 U.S.C. § 1983 action alleging that defendants violated his constitutional rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's interpretation and application of 28 U.S.C. § 1915(g), *Andrews v. Cervantes*, 493 F.3d 1047, 1052 (9th Cir.2007), and review for an abuse of discretion its denial of leave to proceed in forma pauperis, *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir.1990). We affirm.

Moore–Ali does not contest on appeal that he is a three-strikes filer, and the district court properly determined that he did not show that the denial of Halal meat placed him "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.